# Exhibit A

**From:** Verizon Wireless <VZWMail@ecrmemail.verizonwireless.com>
**Sent:** Tuesday, March 10, 2020 8:22:28 PM
**To:** Zachary Funt <
**Subject:** Thanks for chatting with us today.

Review your conversation.



# Your recent online chat conversation

Chat with us again if you have more questions or sign in to
<u>My�Verizon</u> to make updates to your�account.

## Your chat recap

Reference number: -6763458413902916258

Chatted on: 03/10/2020 at 18:09:15

| | |
|---|---|
| **You** | speak to an agent |
| **Verizon** | I appreciate your patience in waiting for a live representative. Thank you so much for chatting with us today! <br/>Please tell me how I can help you today? |
| **You** | Hello. I have a question regarding my account. I had turned off the number ending 8812 on march 8, 2020. But without my authorization, it was reactivated on march 9, 2020. can you tell me why that happened, please? |
| **Verizon** | Sure thing! |
| **Verizon** | I know how important to manage our account. Let's go ahead and work on this together! |
| **You** | By turned off I mean I had suspended the phone number ending 8812. thank you, Madison |
| **Verizon** | With whom do I have the pleasure of chatting with? |
| **You** | Zachary |
| **Verizon** | You're welcome! |

| | |
|---|---|
| **Verizon** | Thank you! Nice meeting you on chat today Zachary! |
| **You** | Nice meeting you |
| **Verizon** | Appreciate it! |
| **Verizon** | Got the account! |
| **Verizon** | I see that the line 8812 is not reactivated 9th of March. |
| **Verizon** | Can you share on how do you think the line is reactivated last 9th? |
| **You** | It was, between 1 and 130pm. Because I received text from that number and verizon called me to tell me they reactivated the number. |
| **Verizon** | Thank you for the information. |
| **Verizon** | Reviewing the account. |
| **You** | so I had to go back and deactivate it, for a second time. I was in a rush, therefore not able to get a clarification why the number was made active march 9 afternoon. Please help clarify the situation |
| **Verizon** | Yes no problem! |
| **Verizon** | I am checking the remarks of the account. |
| **You** | i appreciate it |
| **Verizon** | Can you share who is the owner of the line 8812? |

| | |
|---|---|
| **You** | I am the primary account holder, Zachary Funt. I had put Angel Kuo on the number 8812 under my account, back in 2015. Ithought I had dissolved that in 2017, however it was being carried on without my knowledge. So yesterday I disconnected the line 8812. |
| **Verizon** | Oh Yes! |
| **Verizon** | Thank you! |
| **Verizon** | I see that she requested the line to be reconnected yesterday between 1 - 1 :30PM |
| **You** | Technically I disconnected 8812 the day before yesterday, and then again yesterday as it got reactivated for a few hours yesterday afternoon. |
| **Verizon** | I carefully checked and I see the foot prints here with an email of angeliquea523@gmail.com. |
| **Verizon** | Yes! I see that too, first disconnection date request is 8th of March, |
| **You** | how was she able to request to reactivate if the primary account holder is me? |
| **You** | are you able to share and or show the footnotes. I am confused as to why this would happen |
| **Verizon** | That is a really good question! |
| **Verizon** | She did verify the account information using the email address that is previously on your account here. |

| | |
|---|---|
| **Verizon** | I know how confusing it is for you and I appreciate your patience staying with me. |
| **You** | It seems you are saying Angel kuo verified my account using the email address that is previously under the account, yesterday march 9, 2010 between 1pm and 130pm. Which email of mine did she provide to falsely verify? |
| **Verizon** | First Angel access your account and changed the email address to <u>angeliqua523@gmail.com</u> So when she contacted us she verify the one time PIN so one of our agents have an access on your account. Then she requested the line 8812 to be reactivated, since the account is fully validated the last agent processed it as requested. |
| **Verizon** | Yes! We are on the same page Zachary. |
| **You** | She verified using PIN number? |
| **Verizon** | I highly recommend that you change your PIN. |
| **Verizon** | Yes one time PIN sent to her email address since it is previously an email on your account |
| **Verizon** | You can reset PIN at vzw.com/PIN. |
| **Verizon** | I want to set proper expectations that if she didn't verify the account we can't access the account on our end. |
| **Verizon** | I know how surprising it is for you. |
| **You** | I changed my pin number on mac 8, xxxx when I deactivated the xxxx. She |

| | |
|---|---|
| **You** | does not have access to my new pin, so there is no way she could have verified the account on march 9, xxxx at between x-xxxpm using new pin.<br><br>Please help me understand how was she able to falsely verify the account. It would help if you can forward the footnotes to me, for me record keeping. |
| **Verizon** | I understand that and just to confirm she did changed the email to angeliqua523@gmail.com 12:51PM |
| **Verizon** | Sorry the account notes can't be forwarded since it is a system automated notes |
| **You** | She is not authorized to change information to an account that belong to me. How was she able to do that on marc 9 1251pm when I had changed the pin on marc 8, xxxx? |
| **Verizon** | After that, she contacted us then for us to verify the account we can send a ONE TIME PIN via email to access the account. Then she requested the line 8812 to be reactivated, since the account is fully validated the last agent processed it as requested. |
| **Verizon** | She did changed the email to angeliqua523@gmail.com 12:51PM . After that, she contacted us then for us to verify the account we can send a ONE TIME PIN via email to access the account. Then she requested the line 8812 to be reactivated, since the account is fully validated the last agent processed it as requested. |
| **Verizon** | That is what happened here. |

| | |
|---|---|
| **You** | it seems you are saying she called and changed the email first. and then requested a one time pin to fraudulently access the account? |
| **Verizon** | Please don't take any of this against me, all I want is to provide accurate information. |
| **Verizon** | Changed email first before she called us so she can verify it. |
| **You** | I appreciate your help and will not take this against you. All I want is to get the facts so I can protect my privacy. |
| **Verizon** | Yes!! Thank you! |
| **Verizon** | And I will help you protect your account |
| **You** | How was she able to change email first without verification? Can you please help me clarify that |
| **Verizon** | Yes! |
| **Verizon** | She did that by accessing your account. We did not changed the email. Email was change on her end. |
| **You** | How was she able to access the account? |
| **Verizon** | Good question! |
| **You** | I had changed my pin the day prior, so how was she able to access the account? |
| **Verizon** | She did that on her end and I don't know how she did that. |

| | |
|---|---|
| **Verizon** | She is a quite a tech savvy and know how to hack an account. |
| **Verizon** | If you don't mind me asking, Angel is ex friend? |
| **You** | Angel Kuo was an ex since 2017. she has been extorting money from me financially and fraudulanetly accusing everything I have for past 3 years. This is an invasion of my privacy so I filed and received a protection from abuse from the court. |
| **You** | Which is why I turned off the line ending 8812 on march 8. |
| **You** | It seems you are saying she accessed my account on her end on march 9. Then she changed the email, and requested a one time pin sent to the changed email she put on, and then had the line reactivated. |
| **Verizon** | Yes! You got it correct! |
| **Verizon** | I appreciate that you are sharing this to me. |
| **You** | Please clarify if she accessed the account online to change the email on file or called verizon to do so? |
| **Verizon** | I know how important this is for you, I've experience this before, now I am a single mother of two. |
| **You** | fraudulently accessing* my accounts |
| **Verizon** | She did it online, we did not help her changed it since she is not authorized at the first place . |

| | |
|---|---|
| **You** | Im sorry you had to go through this too, Madison. Im certain youre far better off as a single mother of two than being in an abusive environment. |
| **You** | You are saying she accessed my account online, then changed the email, then called verizon to send a one time pin to the new email provided, then used that PIN to reactivate the account, all without my authorization and behind my back fraudulently? |
| **Verizon** | Yes! |
| **Verizon** | Don't be sorry! |
| **Verizon** | I am here to help Zachary. |
| **Verizon** | Yes you got it correct again. |
| **Verizon** | We are on the same page Zachary. |
| **You** | Could you help me understand, the steps she took by writing it out from your end so I can keep it for my records. I will keep this on file as I am worried for my safety. This person is accusing my accounts without my authorization and harassing me. |
| **Verizon** | Yes I got y our back on this. |
| **Verizon** | This is what happened Zachary. |
| **Verizon** | First she changed the email on your account online without any Verizon access or help. |
| **Verizon** | Then she contacted us then verify the account with one time secure PIN. |

| | |
|---|---|
| **Verizon** | After that she requested the line 8812 to be reactivated. Since the account is fully verified one of our agent processed the reactivation. |
| **Verizon** | Since you have me here to help you on this, I highly recommend that you turned on the Enhanced Authentication online. |
| **You** | Thank you for clarifying, Madison.<br/>I will turn on enhanced authentication online. How do I do that? |
| **Verizon** | You're welcome! |
| **Verizon** | This way your account will be protected by two-factor authentication (a one-time code sent to your phone). |
| **Verizon** | Hover the mouse to ACCOUNT(Dropdown) Choose Two factor authentication. |
| **Verizon** | With this option, our account is 100% secured and we are the only one who can access it since we have the phone registered on this two factor authentication. |
| **You** | Madison, my internet disconnected for a bit. Are you able email me a copy of this chat? |
| **You** | I am unable to see half the conversation since my webpage reloaded. |
| **Verizon** | Sure Zachary. |
| **Verizon** | Do you see an envelope icon on the chat window? |

| | |
|---|---|
| **Verizon** | You can click it before closing the chat, then our transcript will be emailed to you automatically once the chat ended. |
| **You** | Are you able to see the entire chat from your end? Because I am not, half the messages are missing. If I email to myself, it will be the chat with half missing text. |
| **Verizon** | Yes, still here. |
| **Verizon** | Complete chat conversation will be emailed to you. |
| **You** | Would it be impossible to email the chat log from your end please? |
| **Verizon** | I can email the chat ID not the log. |
| **You** | What is chat ID? |
| **Verizon** | But you have nothing to worry, that envelope icon is the option to get a copy of the chat via email. |
| **Verizon** | Chat ID is the reference of our chat. |
| **Verizon** | Here is our chat ID - 6763458413902916258. (with the negative sign) |
| **You** | Ive emailed it. Would you mind hanging on a minute till I check if the full chat was emailed or the partial one? |
| **You** | What is chat ID and how will that help? |
| **Verizon** | Chat will be emailed once the conversation is ended. So you will not get an email if our chat is still active Zachary. |

| | |
|---|---|
| **Verizon** | Chat ID is our reference and for example you contacted us, you can provide chat ID for us to search and review what is the conversation on that. |
| **You** | Can you retype some thing for me again, just so we are on same page, please, incase the full <br/>chat doesnt get emailed due to disconnection earlier |
| **Verizon** | yes! |
| **Verizon** | All for you! |
| **Verizon** | What information you want me to retype? |
| **You** | I have informed you that I disconnected the line xxxx on mac 8, xxxx and changed my pin. Then the number was mysteriously activated without my authorization on march 9, xxxx afternoon. |
| **You** | Can you write who did this and the steps taken by this person to fraudulently access my account without my authorization? |
| **Verizon** | Sure thing! |
| **Verizon** | Thank you very much! |
| **Verizon** | I'll repeat it for you :) |
| **You** | thank you Madison, I really appreciate it. |
| **Verizon** | You're welcome! |
| **Verizon** | This is what happened Zachary.. |

| | |
|---|---|
| **Verizon** | First she changed the email on your account online without any Verizon access or help. Then she contacted us then verify the account with one time secure PIN. |
| **Verizon** | After that she requested the line 8812 to be reactivated. Since the account is fully verified one of our agent processed the reactivation. |
| **Verizon** | Did I lose you? |
| **You** | It seems you are saying that even though I changed my pin and disconnected the line 8812 03/08/20, Angel Kuo was able to hack into my verizon account online without verizons help or access |
| **You** | change the email id to then ask for a temp pin and reactivate the line without my authorization. |
| **You** | she did this on march 9, between xxxxpm and 130pm, all behind my back and without my approval. |
| **Verizon** | Yes you got it correct! |
| **Verizon** | You got it all correct Zachary |
| **You** | I hope you understand how scary this is for me, someone accessing all my accounts and information like this and changing things without even me knowing. |
| **Verizon** | Of course! |
| **Verizon** | I really understand that. |

| | |
|---|---|
| **Verizon** | I know how important this is for you and now we know how to do two factor authentication our account is 100% secured :D |
| **You** | She is stalking me forcing me to pay for her phone services by accessing my account fraudulently. And now shes changed the email to hers! |
| **You** | I will do the two factor authentication. Are you able to take off the email that she put in yesterday without authorization? |
| **Verizon** | Yes! |
| **Verizon** | Email is now set to ███████████████. |
| **You** | I had to close that email because she hacked it. |
| **Verizon** | Yes! |
| **Verizon** | Do you have other one? |
| **Verizon** | We can set it up now. |
| **You** | Are you able to change the email to ███████████████ |
| **Verizon** | yes! |
| **Verizon** | We can set up one email only. |
| **You** | One is my work email and one is private. Whichever works better for you |
| **Verizon** | Sure! |

| | |
|---|---|
| **Verizon** | I prefer this ▮▮▮▮▮. |
| **You** | I prefer that too |
| **Verizon** | Alright! |
| **Verizon** | Email is now changed to ▮▮▮▮▮ :) |
| **You** | you have taken off the email Angel kuo put on the account yesterday when she hacked into my account? |
| **Verizon** | Absolutely! |
| **You** | I am very distressed by this. This is a violation of my privacy. she hacked into my email account to access my verizon phone account to change information on it. Now she has access to my bank card, address, everything. |
| **Verizon** | I am so sorry to hear that. Your account now is secured. |
| **You** | Thank you, Madison. I am very grateful for your help. |
| **Verizon** | You're welcome! |
| **Verizon** | I really appreciate your effort and patience with me. |
| **Verizon** | I am glad that I was able to help you today. |
| **Verizon** | I want to see that all of your concerns are addressed, so you will not have to chat back. |
| **Verizon** | Was there anything else I could do to make this an exceptional experience? |

| | |
|---|---|
| **You** | I whole heartedly appreciate you time, effort and patience. Thank you again. I will always remember this act of kindness. God bless you. |
| **Verizon** | You're welcome! :) THank you! |
| **Verizon** | I am so glad that we were able to help you. Before our chat ends, can you do me a little favor. Please stay safe and awesome for me. :) |
| **Verizon** | Again my name is Madison, Thank you for chatting with Verizon Wireless. It is my pleasure assisting you today! You can now close the chat. Thank you for not taking this against me Take care! |
| **You** | I am exiting the chat now. Have a good evening, Madison. |

Thanks for choosing Verizon.

   

**Phones   Tablets   Accessories   Plans   Verizon Up**

� 2020 Verizon Wireless

This email was sent to ZFUNT@PAGNES.COM. We respect your privacy. Please review our privacy policy. If you think this email was sent in error or you'd like to change how you receive your notifications, click here.

Verizon Wireless, One Verizon Way, Mail Code: 180WVB, Basking Ridge, NJ 07920