AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| ZACHARY FUNT<br>*Plaintiff(s)*<br>v.<br><br>ANGELIQUA KUO<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil  20-3188<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
STEPHEN G. HARVEY
1880 JOHN F KENNEDY BLVD
SUITE 1715
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 7/1/2020

*s/Brian J. Weissman*
*Signature of Clerk or Deputy Clerk*

**Kate Barkman, Clerk of Court**
**U.S. District Court, Eastern District of PA**

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(NAME OF COURT)

ZACHARY FUNT vs ANGELIQUA KUO
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE NUMBER

I RICHARD WILLIAM DELAUDER, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served ANGELIQUA KUO
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) COMPLAINT and EXHIBIT TO THE COMPLAINT

by leaving with _____ At
NAME — RELATIONSHIP

☑ Residence 304 B. FRIENDSHIP AVENUE, HELLAM PENNA 17406
ADDRESS — CITY / STATE

☐ Business _____
ADDRESS — CITY / STATE

On JULY 3RD 2020 AT 6:35 P.M.
DATE — TIME

☑ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY — STATE — ZIP

**Manner of Service:**
☒ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) ____ DATE ____ TIME  (2) ____ DATE ____ TIME
(3) ____ DATE ____ TIME  (4) ____ DATE ____ TIME  (5) ____ DATE ____ TIME

Description: Age 35  Sex F  Race W  Height 5'7'  Weight 150  Hair LB  Beard No  Glasses NO

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 9th day of July, 2020, by LaToya K Delauch
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Latoya K. Delauder Notary Public
City of York, York County
My Commission Expires Jan. 6, 2021

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of PA

**PROOF OF SERVICE**

   I, Stephen G. Harvey, Esq., hereby certify that on this date, I caused a true and correct copy of the foregoing document to be served upon the following and in the manner indicated below:

Angeliqua Kuo
304 B Friendship Avenue
Hellam, PA 17406
**(Via U.S. Mail)**

                Stephen G. Harvey (PA 58233)
                Barbara B. Hill (PA 206064)
                STEVE HARVEY LAW LLC
                1880 John F. Kennedy Blvd.
                Suite 1715
                Philadelphia, PA 19013
                (215) 438-6600
                steve@steveharveylaw.com
                barbara@steveharveylaw.com

Dated:  July 16, 2020