**STEVE HARVEY LAW LLC**
By:   Stephen G. Harvey
        Barbara B. Hill
PA ID Nos. 58233 and 206064
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600
Steve@steveharveylaw.com
Barbara@steveharveylaw.com

*Attorneys for Plaintiff*
*Zachary Funt*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY FUNT,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**ANGELIQUA KUO,**<br><br>        **Defendant.** | : : : : : : : : : : : : : | **Civil Action No. 2:20-cv-03188** |

## REQUEST FOR ENTRY OF DEFAULT AGAINST ANGELIQUA KUO

Plaintiff Zachary Funt, by and through his undersigned counsel, hereby requests that the Clerk enter a default against Defendant Angeliqua Kuo, pursuant to Fed. R. Civ. P. 55(a). In support of this request, Plaintiff Zachary Funt relies upon the record in this action and the declaration of Barbara B. Hill submitted with this request, which demonstrate that there has been a failure to plead or otherwise respond.

Respectfully submitted,

STEVE HARVEY LAW LLC

Dated: August 12, 2020                By: _____

Stephen G. Harvey (PA 58233)
Barbara B. Hill (PA 206064)
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600
steve@steveharveylaw.com
barbara@steveharveylaw.com

*Attorneys for Plaintiff Zachary Funt*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, I electronically filed the foregoing *Request for Entry of Default Against Angeliqua Kuo* and supporting papers with the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system. I certify that the following party has been served by Certified and U.S. First Class Mail:

Angeliqua Kuo
304 B Friendship Avenue
Hellam, PA 17406

/s/ Barbara B. Hill
Barbara B. Hill