**STEVE HARVEY LAW LLC**
By:   Stephen G. Harvey
        Barbara B. Hill
PA ID Nos. 58233 and 206064
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600
Steve@steveharveylaw.com
Barbara@steveharveylaw.com

*Attorneys for Plaintiff*
*Zachary Funt*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZACHARY FUNT,**<br><br>             **Plaintiff,**<br><br>       v.<br><br>**ANGELIQUA KUO,**<br><br>             **Defendant.** | **Civil Action No. 2:20-cv-03188** |

## PROPOSED ENTRY OF DEFAULT

Plaintiff Zachary Funt, by and through his undersigned counsel, hereby requests that the Clerk enter a default against Defendant Angeliqua Kuo, pursuant to Fed. R. Civ. P. 55(a).

It appearing from the record that Defendant Angeliqua Kuo has failed to appear, plead, or otherwise defend against Plaintiff Zachary Funt's Complaint, her default is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this _____ day of August, 2020.

                                                               Kate Barkman, Clerk of Court