# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FUNT,<br>　　　　　　　Plaintiff,<br>vs.<br>ANGELIQUA KUO,<br>　　　　　　　Defendant. | CIVIL ACTION NO.: 2:20-CV-03188 |

## ENTRY OF APPEARANCE

CLERK:

Please enter the appearance of D. Scott Wiggins, as counsel on behalf of Defendant, Angeliqua Kuo, in the above entitled cause of action.

**LENTO LAW GROUP, P.C.**

By: _____
　　　D. SCOTT WIGGINS, ESQUIRE
Dated: October 29, 2020　　　Attorney for Defendant