IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY FUNT,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**ANGELIQUA KUO,**<br><br>    **Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Civil Action No. 2:20-cv-03188** |

## PROPOSED ORDER

**AND NOW**, this _____day of _____2020, upon consideration of Defendant Angeliqua Kuo's Motion to Vacate Default and Extend Time to Answer and Plaintiff Zachary Funt's response thereto, it is hereby **ORDERED** that the Motion is **DENIED.**

_____

, J.