## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                        :
ZACHARY FUNT,                           :    CIVIL ACTION
                                        :
            *Plaintiff*,                :
                                        :
      v.                                :    NO.  20-3188
                                        :
ANGELIQUA KUO,                          :
                                        :
            *Defendants*.               :
_____:

## ORDER

    **AND NOW**, this 21st day of December, 2020, upon consideration of Defendant's "Motion to Vacate Default and Extend Time to Answer" (ECF No. 7) and Plaintiff's response in opposition (ECF No. 8), it is hereby **ORDERED** that:

1. Defendant's Motion is **GRANTED**.

2. The Clerk of Court shall **VACATE** the entry of default against Defendant.

3. **Within fourteen (14) days of the date of this Order**, Defendant shall answer or otherwise respond to Plaintiff's Complaint.  No extension requests will be granted.

                           **BY THE COURT:**

                           */s/ Mitchell S. Goldberg*_____
                           **MITCHELL S. GOLDBERG, J.**