# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FUNT,<br><br>        Plaintiff,<br><br>vs.<br><br>ANGELIQUA KUO,<br><br>        Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF<br>PENNSYLVANIA<br><br>CIVIL ACTION NO.:2:20-cv-03188 |

## CERTIFICATION OF SERVICE

I hereby certify that on January 4, 2021, a true and correct copy of Defendant's Answer to Plaintiff's Complaint and Request for Jury Trial was served via first-class mail and E-Courts filing to all counsel of record upon:

> Stephen G. Harvey, Esquire
> Barbara B. Hill, Esquire
> STEVE HARVEY LAW LLC
> 1880 John F. Kennedy Blvd.
> Suite 1715
> Philadelphia, PA 19103

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to discipline.

*[signature]*

Denise Stone, Paralegal to
Scott Wiggins, Esquire
Attorney for Defendant

Dated: January 4, 2021