**DATE OF NOTICE:** January 8, 2021

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY FUNT, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | NO. 20-3188 |
| ANGELIQUA KUO, | : | |
| *Defendants*. | : | |

# N O T I C E

An Initial Pretrial Conference in the above-captioned matter will be held on **Thursday, February 11, 2021 at 10:00 a.m.** The conference will be held via telephone. Counsel are directed to dial in to (571) 353-2300; passcode 427102124#.

Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

                                                     **FOR THE COURT:**

                                                     */s/ Sharon Lippi*
                                                     **Sharon Lippi, Civil Deputy to**
                                                     **Hon. Mitchell S. Goldberg**