February 8, 2021

The Honorable Mitchell S. Goldberg
United States District Judge
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106


      RE:    *Funt v. Kuo*
                Civil Case No.: 2:20-cv-03188

Dear Judge Goldberg,

      Counsel for Plaintiff and Defendant submit this joint request for adjournment to a later date of the Initial Rule 16 Pretrial Conference scheduled for this Thursday (February 11, 2021) at 10:00 am.

      The reason for this request is that settlement negotiations between the parties are proceeding nicely at present, so much so that counsel for Plaintiff and Defendant are hopeful that a Rule 26(f) conference, which has not yet taken place, will prove to be obviated by an impending settlement agreement.

                                             Respectfully,

                                       _____s/_____
                                       D. Scott Wiggins, Esq. (54539)
                                       Counsel for Defendant Angeliqua Kuo
                                       Lento Law Group
                                       1500 Market Street
                                       12th Floor, East Tower
                                       Philadelphia, PA
                                       dswiggins@lentolawgroup.com
                                       267 835-2000 Ext. 426


                                       _____s/_____
                                       Barbara B. Hill, Esq. (206064)
                                       Counsel for Plaintiff Zachary Funt
                                       Steve Harvey Law, LLC
                                       1880 John F. Kennedy Blvd.
                                       Suite 1715
                                       Philadelphia, PA 19103
                                       (215) 438-6600
                                       Barbara@steveharveylaw.com