# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZACHARY FUNT,** | **CIVIL ACTION** |
| *Plaintiff*, | |
| v. | NO. 20-3188 |
| **ANGELIQUA KUO,** | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 9th day of February 2021, upon consideration of the joint letter request to reschedule the Rule 16 Conference in this case, which is filed as "Motion to Continue" (ECF 12), it is hereby **ORDERED** that the request is **GRANTED**. The Rule 16 Conference is **RESCHEDULED** to be held on **Thursday, March 4, 2021 at 2:00 p.m.** The conference will be conducted via telephone. Counsel are directed to dial in to 571-353-2300, passcode 427102124#.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**