IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY FUNT | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| ANGELIQUA KUO | : | No.: 2:20-cv-03188 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of  Keith Altman _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
                                                                                                  , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __2:20-cv-03188__

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
### PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Keith Altman__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| California | 8/2008 | 257309 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Michigan | 7/2017 | 81702 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See Attached |  |  |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

__Angeliqua Kuo__

__Keith Altman__ (Digitally signed by Keith Altman, Date: 2021.02.23 14:59:17 -05'00')
(Applicant's Signature)

__02/23/2021__
(Date)

Name of Applicant's Firm: Lento Law Group

Address: 1500 Market Street; 12th Floor - East Tower; Philadelphia, PA 19102

Telephone Number: 516-456-5885

Email Address: kaltman@lentolawgroup.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/23/2021__   __Keith Altman__ (Digitally signed by Keith Altman, Date: 2021.02.23 14:59:58 -05'00')
(Date)                       (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Keith Altman</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Douglas Scott Wiggins | a3c322eb-0f95-4d9f-ac4d-71eebddc16ea (Digitally signed 2021.02.23 10:15:32 -05'00') | 09/2020 | 54539 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Lento Law Group

1500 Market Street; 12th Floor - East Tower

Philadelphia, PA 19102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>02/23/2021</u>          a3c322eb-0f95-4d9f-ac4d-71eebddc16ea (Digitally signed 2021.02.23 10:07:06 -05'00')

(Date)                                                     (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY FUNT | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| ANGELIQUA KUO | : | No.: 2:20-cv-03188 |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Keith Altman__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

All Counsel of Record through ECF

Keith Altman
Digitally signed by Keith Altman
Date: 2021.02.23 15:00:38 -05'00'
_____
(Signature of Attorney)

Keith Altman
_____
(Name of Attorney)

Angeliqua Kuo
_____
(Name of Moving Party)

02/23/2021
_____
(Date)

I am a member in good standing of the following federal and state bars: Second, Fifth, Sixth, Seventh, Eighth, Ninth and Eleventh Circuit Courts of Appeals, and the United States Supreme Court. (1) Michigan (2017), (2) California (2008), (3) United States District Court for the Eastern District of Michigan (2015), (4) United States District Court for the Western District of Michigan (2011), (5) United States District Court for the District of Maryland (2017), (6) United States District Court for the Southern District of California (2008), (7) United States District Court for the Eastern District of California (2017), United States District Court for the Central District of California (2013), (8) United States District Court for the Northern District of California (2011), (9) Second Circuit Court of Appeals (2017), (10) Sixth Circuit Court of Appeals (2018), (11) Eighth Circuit Court of Appeals (2017), (12) Ninth Circuit Court of Appeals (2018), (13) Eleventh Circuit Court of Appeals (2017) , (14) United States Supreme Court (2012), (15) Northern District of New York (2021), (16) Northern District of Illinois (2021), (17) Southern District of Inidiana (2021), (18) Fifth Circuit Court of Appeals (2020), (19) Seventh Circuit Court of Appeals (2017)

The names and addresses of the officials or offices maintaining the roll of such members of the bars listed above are as follows:

**Michigan State Bar**
Michael Franck Building
306 Townsend St.
Lansing, MI 48933-2012
(517) 346-6300

**California State Bar**
180 Howard St.
San Francisco, CA 94105
(415) 538-2000

**Eastern District of Michigan**
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 599
Detroit, MI 48226

**Western District of Michigan**
Thomas L. Dorwin Clerk of Court
399 Federal Building
110 Michigan NW
Grand Rapids, MI 49503
(616) 456-2381

**Southern District of California**
James M. Carter and Judith N. Keep US Courthouse
333 West Broadway Suite 420
San Diego, CA 92101
(619) 557-5600

**Central District of California**
Kiry K. Gray Clerk of Court
First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012
(213) 894-1565

**Northern District of California**
Susan Y. Soong Clerk of Court
450 Golden Gate Avenue 16th floor
San Francisco, CA 94102
(415) 522-2000

**Eastern District of California**
Robert T. Matsui Federal Courthouse
501 I Street, Room 4-200
Sacramento, CA 95814
(916) 930-4000

**District of Maryland**
101 West Lombard Street
Baltimore, MD  21201
(410) 962-2600

**Northern District of New York**

James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, NY 12207

**Southern District of Indiana**
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204
(317) 229-3700


**Northern District of Illinois**
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
(312)435-5670

**Second Circuit Court of Appeals**
Catherine O'Hagan Clerk of Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007
(212) 857-8585

**Sixth Circuit Court of Appeals**
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202
(513) 564-7000

**Eighth Circuit Court of Appeals**
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO. 63102
(314) 244-2400

**Ninth Circuit Court of Appeals**
Molly C. Dwyer Clerk of Court

The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103
(415) 355-8000

**Eleventh Circuit Court of Appeals**
David J. Smith Clerk of Court
540 Potter Stewart U.S. Courthouse
56 Forsyth St., N.W.
Atlanta, Georgia 30303
(404) 335-6100

**United States Supreme Court**
1 First St NE
Washington, D.C. 20543
(202) 479-3000