IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZACHARY FUNT                                    :    Civil Action
                                                :
         v.                                     :
                                                :
ANGELIQUA KUO                                   :    No.: 2:20-cv-03188

ORDER

AND NOW, this  25th  day of  February  20 21 , it is hereby

ORDERED that the application of  Keith Altman  , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒   GRANTED.[1]

☐   DENIED.

                                        /s/ Mitchell S. Goldberg
                                                                              , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.