IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FUNT, | : CIVIL ACTION |
| *Plaintiff,* | : |
| v. | : NO. 20-3188 |
| ANGELIQUA KUO, | : |
| *Defendants.* | : |

## SCHEDULING ORDER

**AND NOW**, this 4th day of March, 2021, following a preliminary pretrial conference, it is hereby **ORDERED** that:

1. All motions to amend the complaint and to join or add additional parties shall be filed **within fourteen (14) days** of the date of this Order.

2. All fact discovery shall be completed by **June 24, 2021**.

3. All motions for summary judgment shall be filed no later than **July 22, 2021**.

4. Responses to motions for summary judgment shall be filed no later than **August 19, 2021**.

5. No extension requests will be granted.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**