**STEVE HARVEY LAW LLC**
By:   Stephen G. Harvey
PA ID No. 58233
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600
Steve@steveharveylaw.com

*Attorney for Plaintiff*
*Zachary Funt*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY FUNT,**<br><br>             **Plaintiff,**<br><br>     **v.**<br><br>**ANGELIQUA KUO,**<br><br>             **Defendant.** | : : : : : : : : : : : : : : | Civil Action No. 2:20-cv-03188 |

### STIPULATION OF DISMISSAL

Plaintiff Zachary Funt and Defendant Angeliqua Kuo hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims with each party bearing that party's own attorney's fees and costs.

|  |  |
|---|---|
|  | STEVE HARVEY LAW LLC |
| May 10, 2021 | By: /s/ Stephen G. Harvey<br>       Stephen G. Harvey<br>       1880 John F. Kennedy Blvd.<br>       Suite 1715<br>      Philadelphia, PA 19103<br>      (215) 438-6600<br>      steve@steveharveylaw.com |

                        LENTO LAW GROUP, P.C.

By: _/s/ D. Scott Wiggins_____
      D. Scott Wiggins
      1500 Market Street
      12th Floor – East Tower
      Philadelphia, PA 19102

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZACHARY FUNT,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**ANGELIQUA KUO,**<br><br>　　　　**Defendant.** | **Civil Action No. 2:20-cv-03188** |

## **ORDER OF DISMISSAL**

　　　　Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____, J.