IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY FUNT,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**ANGELIQUA KUO,**<br><br>　　　　**Defendant.** | : : : : : : : : : : : : : | **Civil Action No. 2:20-cv-03188** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:   **May 11, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Mitchell S. Goldberg*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　, J.